## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DAVID DIVINE-BEY,** | ) | |
| *formerly known as David A. Johnson*, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | CIVIL NO. 06-cv-4043-JPG |
| | ) | |
| vs. | ) | CRIMINAL NO. 00-cr-40028 |
| | ) | |
| **UNITED STATES of AMERICA ,** | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** without prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

| | | |
|---|---|---|
| April 13, 2006 | By: | s/ J. Phil Gilbert |
| *Date* | | *District Judge* |